# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MARYANN JAROS**                                                                                       **PLAINTIFF**

**VS.**                                    **CASE NO. 4:08CV004231 JMM**

**QUALCHOICE**                                                                                       **DEFENDANT**

## ORDER

On January 5, 2009, plaintiff's Motion to Proceed *In Forma Pauperis* was denied and the Court directed her to submit in full the required filing fee of $350.00 on or before January 20, 2009. Plaintiff was given notice that failure to pay the filing fee would result in her complaint being dismissed without prejudice.

Plaintiff was additionally given notice of Local Rule 5.5(c)(2) of the United States District Court which states that *pro se* litigants are required to respond to any communication from the Court within thirty (30) days or their case could be dismissed without prejudice.

Because plaintiff has failed to submit in full the required filing fee as directed and has failed respond in any manner to the Court's January 5, 2009 Order, her case is dismissed without prejudice.

IT IS SO ORDERED this   6   day of   February  , 2009.

_____
James M. Moody
United States District Judge